STUART D. GAVZY, ESQUIRE
8171 E Del Barquero Drive
Scottsdale, AZ 85258
973-256-6080
Fax: 480-452-1665
**Attorneys for Debtor,**

Order Filed on August 23, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

_____

| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | : <br> : <br> : CHAPTER 7 CASE |
| IN RE: <br> Steven D. Reif | : <br> : <br> : CASE NO. 19-23566 VFP <br> : <br> : <br> : JUDGE: VFP <br> : <br> : |
| DEBTORS : | : HEARING DATE: |

_____

**""""ORDER GRANTING NOTICE OF MOTION TO ALLOW 341(a) MEETING OF CREDITORS TO BE CONDUCTED VIA TELEPHONE'CPF'I TCP VKI "TGNCVGF "TGNGHH**

The relief set forth on the following pages, numbered two (2) through ____2____ is hereby **ORDERED**.

**DATED: August 23, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**THIS CAUSE** coming on to be heard, and being heard, before the undersigned Judge of the United States Bankruptcy Court for District of New Jersey, pursuant to the Notice of Motion to Allow 341 (a) Meeting of Creditors to be Conducted via Telephone named above filed by the debtor; and

**IT APPEARING** to the undersigned that this court has jurisdiction over the parties and over the subject matter of this Motion ; and

**IT FURTHER APPEARING** to the undersigned that all parties in interest received notice of this Motion and of the time, date and place of this hearing and that no such parties have filed any timely objections or otherwise appeared in opposition to the said Motion and that the time for filing any such objection has expired; and

**IT FURTHER APPEARING** to the undersigned that the relief requested by the debtors in his Motion is consistent with the applicable provisions of Title 11 of the United States Code and that the debtor has established good and sufficient cause to grant said relief; and

**IT IS THEREFORE ORDERED;**

1. The Debtor is hereby authorized and permitted to appear by telephone at the 341(a) Meeting of Creditors.
2. Upon entry of this Order, the Debtor's counsel and the Trustee shall confer and agree on a date, time and conditions for the telephonic 341(a) Meeting of Creditors to take place.
3. No less than ten (10) days prior to such meeting, Debtor's Counsel shall (i) notify all creditors and other parties in interest that they may participate in the 341(a) meeting by telephone, at Debtor's expense; (ii) provide all such parties with a copy of this Order and instructions as to how they may participate in the meeting; and (iii) immediately file proof of service of same.